1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  MITCHELL M. SULIMAN (Cal. Bar No. 301879)
   Assistant United States Attorney
5      1200 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone:  (213) 894-0721/(951) 276-6026
7      Facsimile:  (213) 894-0141/(951) 276-6202
       E-mail:     John.Lulejian@usdoj.gov
8                  Mitchell.Suliman@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10

11                 UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 IN THE MATTER OF THE          No. 2:24-mj-06387-duty
   EXTRADITION OF
14                               COMPLAINT
15 MICHAEL ALEJANDRO
     CASTILLO MURGA,            FOR ARREST WARRANT AND EXTRADITION
16                             (18 U.S.C. § 3184); ORDER THEREON
   A Fugitive from the
17 Government of El Salvador.    (UNDER SEAL)

18

19

20

21

22

23

24

25

26

27

28

LODGED
CLERK, U.S. DISTRICT COURT
10/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY:        jb        DEPTUY

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY

```
1   E. MARTIN ESTRADA
    United States Attorney
2   MACK E. JENKINS
    Assistant United States Attorney
3   Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
4   MITCHELL M. SULIMAN (Cal. Bar No. 301879)
    Assistant United States Attorney
5        1200 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone:  (213) 894-0721/(951) 276-6026
7        Facsimile:  (213) 894-0141/(951) 276-6202
         E-mail:     John.Lulejian@usdoj.gov
8                    Mitchell.Suliman@usdoj.gov

9   Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

**LODGED**

CLERK, U.S. DISTRICT COURT

**10/21/2024**

CENTRAL DISTRICT OF CALIFORNIA

BY: _____jb_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>MICHAEL ALEJANDRO<br>  CASTILLO MURGA,<br><br>A Fugitive from the<br>Government of El Salvador. | No. 2:24-mj-06387-duty<br><br>COMPLAINT<br><br>FOR ARREST WARRANT AND EXTRADITION<br>(18 U.S.C. § 3184); ORDER THEREON<br><br>**(UNDER SEAL)** |

TO:  Honorable Brianna Fuller Mircheff
        United States Magistrate Judge
        Central District of California

    I, John J. Lulejian, being duly sworn, depose and state that I am an Assistant United States Attorney for the Central District of California and act for the United States in fulfilling its obligations to the Government of El Salvador pursuant to the Treaty of Extradition Between the United States of America and El Salvador, U.S.-El Sal., Apr. 18, 1911, 37 Stat. 1516 ("the Treaty"), with respect to the fugitive, MICHAEL ALEJANDRO CASTILLO MURGA ("CASTILLO MURGA"; DOB: **/**/1999).

In accordance with Title 18, United States Code, Section 3184, I charge on information and belief as follows:

1.    Pursuant to the Treaty, which remains in force, El Salvador has submitted a formal request to the United States, through diplomatic channels, for the extradition of CASTILLO MURGA.

2.    That according to the information provided by El Salvador, CASTILLO MURGA has been charged with one count of Aggravated Feminicide,[1] in violation of Article 45(a) and Article 46(c) & (e) of the Special Comprehensive Law for a Life Free of Violence for Women,[2] and one count of Imperfect Homicide, in violation of Articles 24 and 128 of the Penal Code of El Salvador.[3]

3.    That on or about June 8, 2019, Judge Jose Enrique Delgado Alfaro of the Peace Court of Concepción de Ataco, a judicial officer authorized by Salvadoran law to issue warrants of arrest, issued a warrant in El Salvador for CASTILLO MURGA's arrest for the above offenses  The warrant remains valid and enforceable.

4.    That El Salvador presents the following facts as the basis for the complaint and arrest warrant:

a.    On or about February 1, 2019, Salvadoran authorities discovered the body of a woman, later identified as Melvi Fernanda Najera Quezada ("the adult victim") at the 99-kilometer mark of the

---

[1] "Feminicide" is also known as "femicide."

[2] Article 45 covers the crime of Femicide, which encapsulates murder for reasons of hatred or contempt of the victim as a woman. Femicide is elevated to Aggravated Femicide under Article 46(c) if the crime is committed in the presence of a family member. Article 46(e) also elevates the charge if the perpetrator is in a position of superiority due to a position of trust, friendship, domestic situation, education, or employment.

[3] Article 128 covers homicide, and Article 24, "Imperfect Homicide" covers attempted homicide.

2

1    highway that runs between Ahuachapán and Sonsonate, El Molino,

2    Municipality of Concepción de Ataco, in El Salvador (the "highway").

3    Three days later, the authorities learned of the discovery of a boy,

4    under the age of two, in the vicinity where the adult victim's body

5    was found.  The authorities treated the boy for dehydration and

6    mental health, and later identified him as the son of the adult

7    victim and CASTILLO MURGA (the "minor victim").

8            b.   During the course of their investigation, Salvadoran

9    authorities learned the following information about what occurred

10   prior to the above murder from the adult victim's mother:

11           i.   CASTILLO MURGA met the adult victim at a

12   political party meeting in or about 2013 and began a romantic

13   relationship with her in or about 2014.

14           ii.  In or about 2016, the adult victim became

15   pregnant, and gave birth to the minor victim in or about 2017.

16           iii. The adult victim initially withheld the father's

17   identity from her mother, but introduced CASTILLO MURGA to her mother

18   over a year after their son was born.  Although CASTILLO MURGA

19   promised that he would financially support his son, CASTILLO MURGA

20   was inconsistent with his visits, and occasionally left money under a

21   rock outside of his house for the adult victim.  CASTILLO MURGA also

22   promised to continue financially supporting his son and urged the

23   adult victim to be patient.

24           iv.  In or about January 2019, the adult victim told

25   her mother that she would go with CASTILLO MURGA to a house he had

26   rented, ostensibly for the purpose of living with him as a family.

27   After several delays, on or about January 31, 2019, at approximately

28

                                    3

6:30 p.m., CASTILLO MURGA finally picked up the adult victim and the minor victim from the adult victim's mother's house in a gray car. CASTILLO MURGA parked the car approximately a block from the home, but did not come to get the two victims.  Before the adult victim, who was wearing black leggings, left to walk to CASTILLO MURGA's car, the adult victim's mother told her to "take care of the boy," to which the adult victim responded, "mom, I am going with his father, what can happen?"

        v.   The adult victim's mother described CASTILLO MURGA as a young boy of 18 or 19 year's old with white skin, who was thin and tall.

        c.   Salvadoran authorities ordered an autopsy of the adult victim and learned that she died from a massive hemorrhage resulting from lacerations to the veins in her neck, among other wounds caused by a small cutting instrument.  Authorities later found a metallic light blue plastic knife at the scene of the crime.

        d.   From mobile telephone records they obtained, Salvadoran authorities determined the following:

        i.   CASTILLO MURGA's cellular telephone registered activity in the adult victim's neighborhood on or about January 31, 2019, at approximately 6:20 p.m.

        ii.  On the same day, between approximately 6:44 p.m. and 7:10 p.m., CASTILLO MURGA's cellular telephone was in the area where the victim's body was eventually located.

        e.   Salvadoran investigators learned that two witnesses, who were passing the 99-kilometer mark on the highway, observed a

tall, thin person attacking a woman in black pants or leggings in the back seat of a gray vehicle, while she was kicking and screaming.

   f.   Authorities analyzed WhatsApp messages and calls on or about January 31, 2019, between the telephones belonging to CASTILLO MURGA and his girlfriend, J.A.M.H., and learned the following:

   i.   Between approximately 6:47 p.m. and 7:03 p.m., CASTILLO MURGA ignored messages and calls from J.A.M.H.

   ii.   At approximately 7:03 p.m., CASTILLO MURGA responded by sending a photograph of himself covered with blood stains on his face and neck.

   iii. Approximately three minutes later, CASTILLO MURGA, in a scared and agitated tone, left an audio message informing J.A.M.H. that he would call her soon.

   iv.   In later Whatsapp messages to J.A.M.H., CASTILLO MURGA admitted to having killed a person.

   g.   Telephone records obtained by Salvadoran authorities reveal that on January 31, 2019, J.A.M.H.'s telephone called CASTILLO MURGA's grandmother's telephone, between approximately 7:03 p.m. and 7:19 p.m.

   h.   Based on their investigation, Salvadoran authorities believe that after CASTILLO MURGA killed the adult victim, he abandoned the minor victim at the site of the adult victim's murder. Approximately four days later, farm workers discovered the minor victim and contacted the police unsure if the abandoned child was dead or alive.  Authorities transferred the minor victim to the Hospital Nacional of Ahuachapán, conducted several examinations of his injuries, and determined that the child was in a state of severe

dehydration and starvation and showed signs of child abuse.  He also
had facial lacerations, dry lips and nose, and insect bites.
Authorities concluded that the physical and environmental conditions
of the rugged area where the minor victim was found had put the
child's life at risk.

i.    Salvadoran authorities also learned that CASTILLO
MURGA and others attempted to conceal the death of the adult victim
and the abandonment of minor victim:

i.    From the site of the murder, CASTILLO MURGA drove
to his grandmother's home where she assisted him in making a number
of telephone calls.  One of the people that CASTILLO MURGA's
grandmother contacted was a cooperating witness ("CW 1").  She
arranged for CW 1 and another person ("CW 2") to meet at her house.

ii.    When both cooperating witnesses arrived at
CASTILLO MURGA's grandmother's house, they saw CASTILLO MURGA's gray,
four-door, Mitsubishi Lancer, which was the car CASTILLO MURGA always
drove.  Both witnesses also observed that CASTILLO MURGA was covered
in blood.  CW 1 observed that CASTILLO MURGA was wearing black pants,
a black shirt, and black tennis shoes with white stripes.

iii. A lawyer and J.A.M.H. also met CASTILLO MURGA at
his grandmother's house.

iv.  At his grandmother's house, CASTILLO MURGA
admitted to his grandmother, CW 1, J.A.M.H., and the lawyer that he
had killed a woman by "the Molino," a street that leads to Concepción
de Ataco, and that he had killed her in self-defense as she had
wanted to kill him first.  When asked for details by the lawyer,
CASTILLO MURGA claimed that he had picked up the adult victim in his

car and she had asked him to take her to Concepción de Ataco,

however, midway through the journey, the woman told him to stop his

car.  He alleged that she told him she had to kill him and then

killed her son before attacking CASTILLO MURGA with a knife.

CASTILLO MURGA then stated that he managed to take the knife from her

and kill her instead in self-defense.  When his grandmother asked how

he killed the woman, CASTILLO MURGA showed how he stabbed her in the

neck and stomach and told her that he left her around a place called

El molino.

          v.   His grandmother discussed hiding CASTILLO MURGA,

while J.A.M.H. searched his car and found a cellular telephone.

J.A.M.H. and CASTILLO MURGA's grandmother discussed disposing of the

telephone and anything else incriminating found in the car and

instructed CW 1 to burn evidence.  Both CW 1 and CW 2 also saw the

victim's Personal Identity Document and remember that her name was

"Melvi Quezada."  CASTILLO MURGA's grandmother and the lawyer then

repeated the instruction to burn what was found in the car.

          vi.   The lawyer told CASTILLO MURGA that he had to be

"taken out," and the lawyer then pulled his car inside the garage and

placed CASTILLO MURGA in the back seat.  CASTILLO MURGA joined her

grandson and the lawyer in the car and instructed CW 1 and CW 2 to

take care of the house and that the lawyer would tell them what to do

in case of any inconvenience.

          vii. Twenty minutes after CASTILLO MURGA left in the

lawyer's car, his grandmother called CW 1 and told him that there was

a black bag containing CASTILLO MURGA's clothes.  CASTILLO MURGA's

grandmother instructed him to burn the bag.  J.A.M.H. was in the

bedroom where the bag was located, and they discussed the identity of the woman that CASTILLO MURGA killed. J.A.M.H. then showed CW 1 the picture CASTILLO MURGA sent her on WhatsApp of him covered in blood.

viii.    CASTILLO MURGA's grandmother and the lawyer later instructed CW 1 and CW 2 to wash CASTILLO MURGA's car, because there was blood in both the interior and exterior of the vehicle. Although CW 1 and CW 2 washed CASTILLO MURGA's car with water, car shampoo, and vinegar, they were not able to remove all of the blood in the car.

5.    According to the Salvadoran Directorate of Migration Control, CASTILLO MURGA left El Salvador, on foot, for Guatemala, using his United States passport (No. *****2403) at the San Cristobal Border Checkpoint on or about February 2, 2019.

6.    U.S. law enforcement believes that CASTILLO MURGA may be found within the jurisdiction:

a.    California Department of Motor Vehicles records reveal "Michael Alejandro Murga" obtained a driver's license (No. ****3398) on or about September 29, 2023. As of September 29, 2023, the address associated with this driver's license appears to be a residence in Fontana, California. However, as of June 26, 2024, the mailing address associated with this driver's license appears to be a residence in Beaumont, California. Further, the date of birth associated with this driver's license matches the date of birth stated in the extradition request.

b.    Insurance records reveal that "Michael A. Murga" or "Lester A. Murga" is the registered owner of a 2023 Mazda, bearing California license plate number ***G375. The address associated with

both registered owner is the same address in Beaumont associated with the above driver's license.

      c.   Law enforcement determined that prior to August 2024, CASTILLO MURGA was employed by the Yaamava' Resort & Casino at Highland, California, within this District.

      d.   On or about October 18, 2024, the United States Marshals Service traveled to the above address in Beaumont. Using a ruse, a Deputy United States Marshal rang the doorbell and was greeted by a man who bore a striking resemblance to "Michael Alejandro Murga's" driver's license photograph.

    7.   Noah L. Browne, an attorney in the Office of the Legal Adviser of the U.S. Department of State, has provided the U.S. Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy of the Treaty, stating that the offense for which extradition is demanded is provided for by the Treaty, and confirming that the documents supporting the request for extradition are properly certified by the principal U.S. diplomatic or consular officer in Mexico, in accordance with 18 U.S.C. § 3190, so as to enable them to be received into evidence.

    8.   The declaration from the U.S. Department of State with its attachments, including a copy of the diplomatic note from El Salvador, a copy of the Treaty, and copies of the certified documents El Salvadors submitted in support of the request are attached to the Request for Certification of Extradition, filed separately and contemporaneously with this complaint and incorporated by reference herein.

1    9.    That CASTILLO MURGA is likely to flee if he learns of the
2  existence of a warrant for his arrest.

3    WHEREFORE, the undersigned complainant requests that a warrant
4  for the arrest of CASTILLO MURGA be issued in accordance with 18
5  U.S.C. § 3184 and the extradition treaty between the United States
6  and Mexico, so that CASTILLO MURGA may be arrested and brought before
7  this Court to the end that the evidence of criminality may be heard
8  and considered, and that this complaint and the warrant be placed
9  under the seal of the Court, except as disclosure is needed for its
10 execution, until such time as the warrant is executed.

11

12 DATED:    This 21st day of October, 2024, at Los Angeles, California.

13
                                    Respectfully submitted,
14
                                    E. MARTIN ESTRADA
15                                  United States Attorney
16
17                                  /s/ John J. Lulejian
                                    JOHN J. LULEJIAN
18                                  MITCHELL M. SULIMAN
                                    Assistant United States
19                                  Attorneys
20                                  Attorneys for Complainant
                                    UNITED STATES OF AMERICA
21
22 Subscribed and sworn to by
   the applicant on this 21 day of
23 October, 2024.
24
25
   HONORABLE BRIANNA FULLER MIRCHEFF
26 UNITED STATES MAGISTRATE JUDGE
27
28
                                    10