ORIGINAL

```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  MITCHELL M. SULIMAN (Cal. Bar No. 301879)
    Assistant United States Attorney
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0721/(951) 276-6026
 7       Facsimile: (213) 894-0141/(951) 276-6202
         E-mail:    John.Lulejian@usdoj.gov
 8                  Mitchell.Suliman@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

**LODGED**
CLERK, U.S. DISTRICT COURT
10/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

MICHAEL ALEJANDRO CASTILLO MURGA,

A Fugitive from the Government of El Salvador.

No. 2:24-mj-06387-duty

GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF JOHN J. LULEJIAN

**(UNDER SEAL)**

```
1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  MITCHELL M. SULIMAN (Cal. Bar No. 301879)
   Assistant United States Attorney
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-0721/(951) 276-6026
7       Facsimile:  (213) 894-0141/(951) 276-6202
        E-mail:     John.Lulejian@usdoj.gov
8                   Mitchell.Suliman@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

**LODGED**
CLERK, U.S. DISTRICT COURT
10/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____jb____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>MICHAEL ALEJANDRO  CASTILLO MURGA,<br><br>A Fugitive from the Government of El Salvador. | No. 2:24-mj-06387-duty<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF JOHN J. LULEJIAN<br><br>**(UNDER SEAL)** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby applies ex parte for an order that the following materials, lodged herewith, be filed under seal:  (1) Complaint for Arrest Warrant and Extradition (18 U.S.C. § 3184); (2) [Proposed] Order Thereon; (3) Arrest Warrant; and (4) this ex parte application and supporting Declaration.

This ex parte application is based upon the attached Declaration of John J. Lulejian.

DATED: October 21, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
MITCHELL M. SULIMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JOHN J. LULEJIAN**

I, John J. Lulejian, declare as follows:

1. I am an Assistant United States Attorney and am one of the attorneys assigned to represent the government in <u>In the Matter of the Extradition of Michael Alejandro Castillo Murga, a fugitive from the Government of El Salvador</u>. I make this declaration in support of the government's <u>Ex Parte</u> Application for Order Sealing Documents.

2. Based on the allegations set forth in the Complaint for Arrest Warrant and Extradition (18 U.S.C. § 3184), the government respectfully requests leave to file the following documents under seal until the arrest of MICHAEL ALEJANDRO CASTILLO MURGA, and further order of the Court: (1) Complaint for Arrest Warrant and Extradition (18 U.S.C. § 3184); (2) [Proposed] Order Thereon; (3) Arrest Warrant; and (4) this <u>ex parte</u> application and supporting Declaration. The government seeks under seal filing because disclosure of the existence of the complaint and the requested warrant may cause MICHAEL ALEJANDRO CASTILLO MURGA to flee or destroy evidence, intimidate witnesses and/or victims, or may put the arresting officers in greater danger.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this <u>21st</u> day of October, 2024, at Los Angeles, California.

/s/ John J. Lulejian
JOHN J. LULEJIAN

3