ORIGINAL

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
MITCHELL M. SULIMAN (Cal. Bar No. 301879)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721/(951) 276-6026
     Facsimile: (213) 894-0141/(951) 276-6202
     E-mail:    John.Lulejian@usdoj.gov
                Mitchell.Suliman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
CLERK, U.S. DISTRICT COURT
10/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

CLERK, U.S. DIST...
OCT 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY CH  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
EXTRADITION OF

MICHAEL ALEJANDRO
  CASTILLO MURGA,

A Fugitive from the
Government of El Salvador.

No. 2:24-mj-06387-duty

GOVERNMENT'S *EX PARTE* APPLICATION
FOR ORDER ALLOWING FILING ITS
REQUEST FOR CERTIFICATION OF
EXTRADITION UNDER SEAL WITHOUT
COPIES OR SERVICE OF EXHIBITS
(FORMAL EXTRADITION DOCUMENTS);
DECLARATION OF JOHN J. LULEJIAN

[18 U.S.C. § 3184]

**(UNDER SEAL)**

ORIGINAL

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
MITCHELL M. SULIMAN (Cal. Bar No. 301879)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721/(951) 276-6026
     Facsimile: (213) 894-0141/(951) 276-6202
     E-mail:    John.Lulejian@usdoj.gov
                Mitchell.Suliman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
CLERK, U.S. DISTRICT COURT
10/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
EXTRADITION OF

MICHAEL ALEJANDRO
  CASTILLO MURGA,

A Fugitive from the
Government of El Salvador.

No. 2:24-mj-06387-duty

GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER ALLOWING FILING ITS REQUEST FOR CERTIFICATION OF EXTRADITION UNDER SEAL WITHOUT COPIES OR SERVICE OF EXHIBITS (FORMAL EXTRADITION DOCUMENTS); DECLARATION OF JOHN J. LULEJIAN

[18 U.S.C. § 3184]

**(UNDER SEAL)**

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby applies ex parte for an order directing that the Request for Certification of Extradition and accompanying exhibits, which include a copy of the formal extradition documents and diplomatic note from

the Government of Mexico,[1] be filed and maintained under seal, without copies or service thereof, except that counsel for the relator, MICHAEL ALEJANDRO CASTILLO MURGA ("CASTILLO MURGA"), as well as counsel for the government, may have access to those documents.[2]

The United States will file openly (i.e., not under seal) and separately a redacted copy of its Request for Certification of Extradition and accompanying exhibits.

This ex parte application is made pursuant to Local Rule 79-5 and is based on the attached declaration of John J. Lulejian. As set forth in the declaration, the exhibits attached to the Request for Certification of Extradition include formal extradition papers that contain personal identifying information about the relator, including but not limited to, his date of birth and home address. In addition, these exhibits include the identifying and personal information about the victims, one of whom is a minor. To protect such information from public disclosure, the government respectfully requests that the Court order

\\
\\
\\
\\
\\
\\

---

[1] The United States will lodge the original version of the extradition request bearing ribbons and seals under seal at a later date.

[2] Although the United States requests that it not be required to serve copies of the under seal extradition request and accompanying exhibits on CASTILLO MURGA's counsel, the United States will provide counsel with unredacted copies of these documents.

2

```
 1 │ the above-referenced documents to be filed under seal.  See 18 U.S.C.
 2 │ § 3771(a)(1), (8); Fed. R. Civ. P. 5.2; Fed. Crim. P. 49.1; Local
 3 │ Civ. R. 5.2; Local Crim. R. 49.1.
 4 │  Dated: October 21, 2024            Respectfully submitted,
 5 │                                     E. MARTIN ESTRADA
                                         United States Attorney
 6 │
                                         MACK E. JENKINS
 7 │                                     Assistant United States Attorney
                                         Chief, Criminal Division
 8 │
                                         /s/ John J. Lulejian
 9 │                                     JOHN J. LULEJIAN
                                         MITCHELL M. SULIMAN
10 │                                     Assistant United States Attorneys

11 │                                     Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA
12 │
13 │
14 │
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```

## DECLARATION OF JOHN J. LULEJIAN

I, John J. Lulejian, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government requests leave to file under seal the Request for Certification of Extradition and accompanying exhibits, which include a copy of the original formal extradition documents and diplomatic note from the Government of El Salvador. These exhibits include formal extradition papers, some of which contain personal identifying information about the relator, including but not limited to, his date of birth and home address. In addition, these exhibits include the identifying and personal information about the victims, one of whom is a minor.

3. Should the Court deny this application, the government respectfully requests that the Request for Certification of Extradition and this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of October, 2024, at Los Angeles, California.

/s/ John J. Lulejian
JOHN J. LULEJIAN

4