```
                                              FILED
                                        CLERK, U.S. DISTRICT COURT

                                            OCT 23 2024

                                        CENTRAL DISTRICT OF CALIFORNIA
                                        BY_____DEPUTY
```

1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  MITCHELL M. SULIMAN (Cal. Bar No. 301879)
   Assistant United States Attorney
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0721/(951) 276-6026
7       Facsimile: (213) 894-0141/(951) 276-6202
        E-mail:    John.Lulejian@usdoj.gov
8                  Mitchell.Suliman@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10

11                     UNITED STATES DISTRICT COURT

12                FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  IN THE MATTER OF THE              No. 2:24-mj-06387
    EXTRADITION OF
14                                    [Proposed] ORDER
    MICHAEL ALEJANDRO
15    CASTILLO MURGA,

16  A Fugitive from the
    Government of El Salvador.
17

18       Upon consideration of the request of the United States for the

19  detention of fugitive MICHAEL ALEJANDRO CASTILLO MURGA pending

20  extradition proceedings, and good cause therefor appearing,

21       IT IS HEREBY ORDERED that said request is GRANTED, the Court

22  making the following findings of fact and conclusions of law:

23       1.  In foreign extradition matters there is a presumption

24  against bail and only "special circumstances" will justify release on

25  bail.  See United States v. Salerno, 878 F.2d 317, 317 (9th Cir.

26  1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36

27  (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th

28  Cir. 1984).  The burden of showing special circumstances exist rests

1  upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here,
2  the Court finds that no such "special circumstances" exist.
3        2.   The government alternatively requests detention on the
4  grounds that MICHAEL ALEJANDRO CASTILLO MURGA presents an
5  unacceptable risk of (a) flight and/or (b) danger to the community,
6  even if the Court were to find that special circumstances are
7  present.
8        The Court hereby finds no combination of conditions that will
9  reasonably assure:
10       a.   (✓) the appearance of fugitive as required; and/or
11       b.   (✓) the safety of any person or the community

These findings are made without prejudice to reconsidering the matter at the November 13, 2024 or any other hearing.

17       IT IS SO ORDERED.

19  October 23, 2024
20  DATE                          HONORABLE SHERI PYM
                                  UNITED STATES MAGISTRATE JUDGE

23  Presented by:

24  /s/ John J. Lulejian
    JOHN J. LULEJIAN
25  MITCHELL M. SULIMAN
    Assistant United States Attorney