E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
MITCHELL M. SULIMAN (Cal. Bar No. 301879)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721/(951) 276-6026
     Facsimile: (213) 894-0141/(951) 276-6202
     E-mail:    John.Lulejian@usdoj.gov
                Mitchell.Suliman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>MICHAEL ALEJANDRO CASTILLO MURGA,<br><br>A Fugitive from the Government of El Salvador. | No. 2:24-mj-06387<br><br>[Proposed] ORDER UNSEALING DOCKET |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

   1.   The docket in this case SHALL BE UNSEALED and become a public docket.

   2.   The following document SHALL REMAIN SEALED: No. 6 (Request for Certification of Extradition).

\\

\\

\\

\\

3. The remaining documents on the docket SHALL BE UNSEALED.

IT IS SO ORDERED.

November 13, 2024
Date

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Mitchell M. Suliman
MITCHELL M. SULIMAN
Assistant United States Attorney