1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  MITCHELL M. SULIMAN (Cal. Bar No. 301879)
   Assistant United States Attorney
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-0721/(951) 276-6026
7       Facsimile:  (213) 894-0141/(951) 276-6202
        E-mail:     John.Lulejian@usdoj.gov
8                   Mitchell.Suliman@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   IN THE MATTER OF THE            No. 2:24-mj-06387
13 EXTRADITION OF
                                   [Proposed] ORDER
14 MICHAEL ALEJANDRO
     CASTILLO MURGA,
15
   A Fugitive from the
16 Government of El Salvador.

17

18

19      HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE

20 SHOWN, the Court hereby ORDERS as follows:

21      1.   The Extradition Hearing in this case is scheduled for

22 April 8, 2025, at 11:00 a.m., and a hearing for any potential

23 detention reconsideration request is scheduled for December 13, 2024,

24 at 11:00 a.m.;

25      2.   The United States SHALL FILE the redacted Request for

26 Certification of Extradition on or before December 20, 2024;

27 //

28 //

3.    The United States SHALL FILE its Memorandum in Support of the Request for Certification of Extradition on or before January 17  2025;

4.    Relator SHALL FILE his Opposition to the Request for Certification of Extradition on or before March 11, 2025; and

5.    The United States SHALL FILE its Reply in Support of the Request for Certification of Extradition on or before April 1, 2025.

IT IS SO ORDERED.

_____
Date

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
MITCHELL M. SULIMAN
Assistant United States Attorneys