Ambrosio E. Rodriguez, State Bar No. 200880
The Rodriguez Law Group
626 Wilshire Blvd., Ste 460
Los Angeles, CA 90017
(213) 995-6767
(213) 995-6368
aer@aerlawgroup.com

Counsel for Alleged Fugitive
Michael Alejandro Castillo Murga

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>MICHAEL ALEJANDRO CASTILLO MURGA<br><br>A Fugitive from the Government of El Salvador.<br>_____/ | Case No.: 2:24-mj-06387<br><br>**CASTILLO MURGA'S SUBMISSION OF HIS PROPOSED PLAN FOR RELEASE ON BAIL**<br><br>Extradition Hearing: December 13, 2024, 11:00AM<br>In the Courtroom of the Honorable Sheri Pym<br>United States Magistrate Judge |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

Alleged fugitive Michael Alejandro Castillo Murga hereby submits his proposed plan for release on bail as set forth below.

Dated: December 9, 2024

/s/ Ambrosio E. Rodriguez
Ambrosio E. Rodriguez

1

*Counsel for Alleged Fugitive*
*Michael Alejandro Castillo Murga*

CASTILLO MURGA'S SUBMISSION OF HIS PROPOSED PLAN FOR RELEASE ON BAIL

# MICHAEL ALEJANDRO CASTILLO MURGA'S PROPOSED PLAN FOR RELEASE ON BAIL

## I. INTRODUCTION

This proposed plan for Castillo Murga's release on bail is being submitted as instructed by this Court during conference call with the Court and counsel.

## II. FEATURES OF THE PLAN

### A. Proposed Residence

Upon his release, Mr. Castillo Murga will reside at 1331 Lythrum Ct., Beaumont, CA, where he will live with his mother. This stable and longstanding residence underscores Mr. Castillo Murga's commitment to remain within the jurisdiction. Besides, Mr. Castillo Murga is prepared to demonstrate his commitment to remain within the jurisdiction and not flee during the ongoing extradition process. This readiness to comply underscores his willingness to face the proceedings and fulfill all court-imposed obligations.

### B. Strong Community Ties

Mr. Castillo Murga is a dual American and Salvadorian citizen who has resided in the United States most of his life. His professional, familial, and social roots are deeply embedded in this country, specifically in California. He is employed and has established a record of responsible work history, possesses a

valid California driver's license, and owns a vehicle—further proof of his permanent ties to the United States.

These factors reflect Mr. Castillo Murga's longstanding commitment to this community and demonstrate that he poses no flight risk. He has never attempted to evade the justice system or conceal his whereabouts.

### C. Sureties

The following individuals are prepared to provide financial sureties on behalf of Mr. Castillo Murga, reflecting their commitment to ensuring his compliance with all court-imposed conditions:

1. **Cynthia Murga**
    - Relationship: Mother
    - Contribution: Willing to secure a surety bond of $140,000 using the equity of her home.
    - Bond Justification: Ms. Murga shares a close and supportive bond with Mr. Castillo Murga. Should he be released, he intends to reside with her at her home located at 1331 Lythrum Ct., Beaumont, CA.
    - Contact Information: 951-644-9388

2. **Lester Murga**
    - Relationship: Uncle

- Contribution: Willing to provide a cash surety of $80,000.
- Bond Justification: Mr. Lester Murga has expressed his commitment to ensuring Mr. Castillo Murga adheres to all legal requirements by contributing a substantial financial surety.
- Contact Information: 909-900-3591

These sureties, amounting to $220,000, underscore the strong familial support for Mr. Castillo Murga and provide robust assurance of his compliance with all obligations imposed by the Court.

### D. Electronic Monitoring

To ensure compliance with any conditions of release, Mr. Castillo Murga is prepared to submit to electronic monitoring. This measure would provide the Court with real-time tracking of his movements, significantly mitigating any perceived risk of flight. Advanced GPS-based monitoring systems can be tailored to alert authorities if Mr. Castillo Murga deviates from approved locations, ensuring his availability for court proceedings and adherence to any imposed restrictions. This additional safeguard demonstrates his willingness to comply fully with the Court's requirements and underscores his commitment to remain within the jurisdiction as he defends against the extradition request.

### III. CONCLUSION

Michael Alejandro Castillo Murga respectfully urges the Court to allow his release under the terms set forth above, or on such additional terms that the Court orders.

Dated: December 9, 2024

/s/ Ambrosio E. Rodriguez
Ambrosio E. Rodriguez
*Counsel for Alleged Fugitive*
*Michael Alejandro Castillo Murga*