UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:24-MJ-06387 |
| Date | April 8, 2025 |

Present: The Honorable **SHERI PYM, UNITED STATES MAGISTRATE JUDGE**

Interpreter: none

| Kimberly Carter | Phyllis Preston | John J. Lulejian / Mitchell Suliman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Alejandro Castillo Murga | X | X | | Ambrosio Eduardo Rodriguez | X | | X |

**Proceedings:** EXTRADITION HEARING

The Court held an extradition hearing as previously scheduled. Assistant United States Attorneys John Lulejian and Mitchell Suliman appeared on behalf of the United States. Ambrosio Eduardo Rodriguez appeared on behalf of the alleged fugitive Michael Alejandro Castillo Murga, who was present in custody. The Court hears argument. The Court will issue a written decision on the Government's Request for Certification of Extradition.

Fugitive Michael Alejandro Castillo Murga is remanded into the custody of the United States Marshals pending final disposition of this matter. The Court recommends the fugitive be housed at the Metropolitan Detention Center in Los Angeles, CA.

00 : 28

Initials of Deputy Clerk   kc

cc: